**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| City of St. Paul, Minnesota, | Court File No.: 09-cv-0381 (PAM/JJG) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Insurance Auto Auctions, Inc., | |
| Defendant. | |

_____

Based upon the foregoing Stipulation of Dismissal Without Prejudice, entered into by and between the parties through their respective attorneys, and upon all the files, records and proceedings herein, it is hereby ordered that Plaintiff's Complaint is hereby dismissed without prejudice and without costs or disbursements to any of the parties.

BY THE COURT:

Dated: December 12, 2009          s/Paul A. Magnuson
                                  Paul A. Magnuson, Judge
                                  United States District Court